Jonathan M. Agudelo, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
jonathan.agudelo@kayescholer.com

*Attorney for Petitioning Creditor Joseph Rosenberg*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**GERSHON BARKANY,**            :     **Involuntary Chapter 7**
:
Debtor.              :     **Case No. 14-72941 (LAS)**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Jonathan Agudelo hereby appears as counsel for *Petitioning Creditor Joseph Rosenberg* and requests service of all notices and documents herein upon the following:

Jonathan M. Agudelo, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
email: jonathan.agudelo@kayescholer.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the Debtor, its property, or its estate.

62161460.DOCX

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  New York, New York
       July 15, 2014

KAYE SCHOLER LLP

*/s/  Jonathan M. Agudelo*
Jonathan M. Agudelo
425 Park Avenue
New York, New York  10022
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
e-mail:  jonathan.agudelo@kayescholer.com

*Attorney for Petitioning Creditor Joseph Rosenberg*