Shalom Jacob  
Alan H. Katz  
LOCKE LORD LLP  
3 World Financial Center  
New York, New York 10281  
Telephone:   (212) 415-8618  
Facsimile:   (212) 812-8370  

Hearing Date and Time:  September 16, 2014 at 10:00 a.m. EDT  
Response Deadline:  September 9, 2014 at 4:00 p.m. EDT  

Counsel to Barkany Asset Recovery and Management LLC

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GERSHON BARKANY,<br><br>    Alleged Debtor. | Case No. 8-14-72941-las<br><br>Chapter 7 |

**MOTION FOR ORDER DISMISSING CASE PURSUANT TO**
**11 U.S.C. §§ 105(a), 303(b), 305(a) AND 707(a)**

TO THE HONORABLE LOUIS A. SCARCELLA, UNITED STATES BANKRUPTCY JUDGE:

BARKANY ASSET RECOVERY AND MANAGEMENT LLC ("BARM"), upon the facts stated in the Declarations of S. David Belsky and Alan H. Katz filed herewith, and for the reasons stated in the accompanying Memorandum of Law in Support of Motion for Order Dismissing Case Pursuant to 11 U.S.C. §§ 105(a), 303(b), 305(a) and 707(a), respectfully moves the Court to dismiss this case.

Dated: August 18, 2014                           Respectfully submitted,

/s/ Shalom Jacob
  Shalom Jacob
  sjacob@lockelord.com
  Alan H. Katz
  akatz@lockelord.com
  LOCKE LORD LLP
  3 World Financial Center
  New York, New York 10281
  Telephone:   (212) 415-8600
  Facsimile:    (212) 812-8370
  Counsel to Barkany Asset Recovery and
  Management LLC