

Lester M. Kirshenbaum
+1 212 836 8763 office
lester.kirshenbaum@kayescholer.com

250 West 55th Street
New York, NY 10019-9710
+1 212 836 8000 main
+1 212 836 8969 fax

September 21, 2016

Honorable Louis A. Scarcella
United State Bankruptcy Judge
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York  11722

   Re: <u>In re Barkany (No. 14-72941)</u>

Dear Judge Scarcella:

As discussed during yesterday's hearing, Joseph Rosenberg and Jonathan Zelinger hereby withdraw the *Motion for Entry of an Order Authorizing Joseph Rosenberg and Jonathan Zelinger to Bring Certain Avoidance Actions and Other Claims on Behalf of the Debtor's Estate and for Related Relief*, without prejudice.

     Respectfully,

     <u>/s/ Lester M. Kirshenbaum</u>
     Lester M. Kirshenbaum
     Kaye Scholer LLP
     Counsel for Joseph Rosenberg and Jonathan Zelinger

Chicago Los Angeles Silicon Valley
Frankfurt New York Washington, DC
London Shanghai West Palm Beach

63788570_1