UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

                                      Case No. 8-14-72941-las

Gershon Barkany,

                                      Chapter 7

                Debtor.
-------------------------------------------------------x

## ORDER SCHEDULING STATUS CONFERENCE

All parties who appeared at the hearing on September 20, 2016 are hereby directed to appear for a status conference on Tuesday, September 27, 2016 at 11:00 a.m.

So Ordered.

**Dated: September 22, 2016**  
**Central Islip, New York**

**Louis A. Scarcella**  
**United States Bankruptcy Judge**