**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re:                                    :
                                          :   Chapter No. 8-14-72941-las
                                          :
GERSHON BARKANY,                           :   Chapter 7
                                          :
                                          :
              Debtor.                     :
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        :
                         :.ss:
COUNTY OF NEW YORK       :

     I, LAURIE SCHWALL, being duly sworn, deposes and says that she is employed by the law firm of Kaye Scholer LLP, is over the age of eighteen years and is not a party to this action. On September 21, 2016 I caused to be served a true and correct copy of Letter *To withdraw the Motion for Entry of an Order Authorizing Joseph Rosenberg and Jonathan Zelinger to Bring Certain Avoidance Actions and Other Claims on Behalf of the Debtors Estate and for Related Relief, without prejudice*

                                             */s/ Laurie Schwall*
                                              Laurie Schwall

Sworn to before me this
23rd Day of September 2016

*/s/ Paul J. Somelofske*
Paul J. Somelofske
Notary Public, State of New York
No. 02SO6136677
Qualified in New York County

**SERVICE LIST**

Michael Jude Jannuzzi
775 Park Avenue
Huntington, NY 11743
Thejanuz@aol.com

Mark A. Frankel
Backenroth Frankel & Krinsky LLP
800 Third Avenue
11th Floor
New York, NY 10022
mfrankel@bfklaw.com

Edward L Schnitzer
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
eschnitzer@hahnhessen.com
Jzawadzki@hahnhessen.com

Edward G. Warren
Vouté Lohrfink Magro & McAndrew, LLP
170 Hamilton Avenue
White Plains, NY 10601
edwardwarren@vlmmc-law.com

Jeremy Klausner
Agostino & Associates PC
14 Washington Place
Hackensack, NJ 07601
jklausner@agostinolaw.com

Jonathan Neerman
Jackson Walker, L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
jneerman@jw.com

Motty Shulman
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
mshulman@bsfllp.com

Mark S. Mulholland
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza, East Tower 15th Floor
Uniondale, NY 11556-1425
mmulholland@rmfpc.com
mamato@rmfpc.com

Shalom Jacob
Allen C. Wasserman
Alan H. Katz
Locke Lord LLP
3 World Financial Center
New York, NY 10281
sjacob@lockelord.com
awasserman@lockelord.com
akatz@lockelord.com

Joel S. Schneck
Goldberg & Rimberg PLLC
115 Broadway, Suite 302
New York, NY 10006
jss@grlawpllc.com
ers@grlawpllc.com

Jennifer L. Hartmann
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza, East Tower 15th Floor
Uniondale, NY 11556-1425
jhartmann@rmfpc.com

Robert J Spence
Ackerman Spence, PLLC
500 North Broadway
Suite 200
Jericho, NY 11753
rspence@spencelawpc.com

Lisa Levine-Shapiro
Law Office of Kramer & Shapiro, P.C.
80-02 Kew Gardens Road, Suite 302
Kew Gardens, NY 11415
llevineshapiro@kramerandshapiro.com

Solomon J Jaskiel
275 Madison Ave
11th Floor
New York, NY 10016
soljas@aol.com

Jacob S. Feinzeig
1386 Coney Island Ave
Brooklyn, NY 11230
feinzeiglaw@gmail.com

United States Trustee
Christine Black
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
Christine.H.Black@usdoj.gov

63791283.DOCX