| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X<br>In Re:<br><br>Gershon Barkany,<br><br>               Debtor.<br><br>-----------------------------------------------------------X | RETURN DATE:   FEBRUARY 7, 2023<br>TIME:                       10:00 A.M.<br><br>Chapter 7<br><br>Case No. 814-72941-845<br><br>Notice of Hearing |

      PLEASE TAKE NOTICE, that on February 7, 2023 at 10:00 a.m., Marc A. Pergament, Chapter 7 Trustee ("Trustee") of the Estate of Gershon Barkany ("Debtor"), will move before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 970, Central Islip, New York 11722, or as soon thereafter as counsel can be heard, for an Order pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure ("FRBP"), seeking an Order: (a) disallowing and expunging Proof of Claim Number 34-1 filed by Mordechai Hellman in the sum of $697,801.62; and (b) for such other and further relief as this Court deems just and proper ("Motion").

      PLEASE TAKE FURTHER NOTICE, that a copy of the Motion is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

      PLEASE TAKE FURTHER NOTICE, Objections to the Motion shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title

of document, document number of the document to which the objection refers, and the file name on the outside of the envelope. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Louis A. Scarcella, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato U.S. Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and filed with the Clerk of the Bankruptcy Court, with a copy to chambers on or before January 31, 2023.

Dated: Garden City, New York  
       January 6, 2023

Weinberg, Gross & Pergament LLP  
Attorneys for Trustee

By:   /s/ Marc J. Weingard  
     Marc J. Weingard  
     400 Garden City Plaza, Suite 309  
     Garden City, New York 11530  
     (516) 877-2424