# Weinberg, Gross & Pergament LLP

## ATTORNEYS AT LAW
### A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

Suite 309
400 Garden City Plaza
Garden City, New York 11530

Seth M. Choset
David E. Miller*
Marc A. Pergament
Marc Weingard

*Admitted To Practice in
New York and Connecticut

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

** Admitted To Practice in
New York and Florida

February 1, 2023

Via ECF
Chambers of the
Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722-9013
Attn: Ms. Diane Corsini

Re: Gershon Barkany
<u>Case No. 814-72941-845</u>

Dear Ms. Corsini:

This letter shall confirm that the Motion to expunge the Proof of Claim of Mordechai Hellman, claim no. 34-1 (Docket No. 756), which is scheduled for February 7, 2023 at 10:00 a.m., has been adjourned, on consent, to February 28, 2023 at 10:00 a.m.

Thank you for your courtesy and assistance.

Very truly yours,

/s/ Marc Weingard

Marc J. Weingard

MAP:fa